UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:
DENNIS HALL

Case No.: ___3-17-BK-12374___

Chapter: _____13_____

Judge: ___CHRISTINE M GRAVELLE___

# CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: ___Cach, Llc_____, Creditor_____
(Example: John Smith, creditor)

Old address:  PO BOX 5980
DENVER CO 80217-5980

New address:  PO Box 10587
Greenville SC 29603-0587

New phone no.: (877) 264-5884
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:  7/5/2017                    /s/ Deanna Gambrell
                                    Signature

*rev.2/1/16*