| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Dennis Hall | Case No.: 17-12374<br>Chapter: 13<br>Judge: Gravelle |

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
# DOCUMENTS CONCERNING SCHEDULES

TO: Dennis Hall

This will confirm that on _____7/27/2017_____ the following document(s) was filed by you.

☒  Amendment to Schedule(s) A/B ,

☐  Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☒  Declaration About an Individual Debtor's Schedules (106 Declaration)

☒  An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐  Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐  An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: 7/28/2017                                         Jeanne A. Naughton, Clerk

*rev.1/4/17*