UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Dennis Hall

Case No.: 17-12374

Chapter: 13

Judge: Gravelle

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
# DOCUMENTS CONCERNING SCHEDULES

TO: Dennis Hall

This will confirm that on 7/27/2017 the following document(s) was filed by you.

☒ Amendment to Schedule(s) A/B ,

☐ Missing Documents, including Schedule(s) _____ ,

This will further confirm that the court has not received the following supplemental documents:

☒ Declaration About an Individual Debtor's Schedules (106 Declaration)

☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: 7/28/2017                                         Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-12374-CMG
Dennis Hall                                                             Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin          Page 1 of 1          Date Rcvd: Jul 28, 2017
                         Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2017.
db             +Dennis Hall,   102 Mali Drive,   North Plainfield, NJ 07062-2330

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2017 at the address(es) listed below:
      Albert Russo    docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, NA james.shay@phelanhallinan.com
      Kirsten B. Ennis    on behalf of Debtor Dennis  Hall pacerecf@ennislegal.com, r53278@notify.bestcase.com
      Michael Frederick Dingerdissen    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
      U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                 TOTAL: 6