UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

789011
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for WELLS FARGO BANK, NA

In Re:

DENNIS HALL

Case No: 17-12374 - CMG

Judge: CHRISTINE M. GRAVELLE

Chapter: 13

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Phelan Hallinan Diamond & Jones, PC, will be substituted as attorney of record for secured creditor WELLS FARGO BANK, NA in this case.[1]

Date: September 7, 2017

/s/ Michael Dingerdissen
Signature of Attorney

Date: September 7, 2017

/s/ Andrew Spivack
Andrew Spivack, Esq.
Superseding Attorney
Andrew Spivack, Esq.
Phelan Hallinan & Diamond, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 1566
Fax: 856-813-5501
Email: andrew.spivack@phelanhallinan.com

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>789011<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br>Attorneys for WELLS FARGO BANK, NA | |
| In Re:<br><br>DENNIS HALL | Case No:  17-12374 - CMG<br><br>Hearing Date: _____<br><br>Judge:  CHRISTINE M. GRAVELLE<br><br>Chapter:  13 |

## CERTIFICATION OF SERVICE

1. I, Tracy Quin:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents WELLS FARGO BANK, NA in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On September 7, 2017 I sent a copy of the following pleadings and/or documents to the parties listed below:

   Substitution of Attorney

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  September 7, 2017                     /s/ *Tracy Quin*
                                                                    Tracy Quin

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| DENNIS HALL<br>102 MALI DRIVE, NORTH PLAINFIELD, NJ 07060 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
|  | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| KIRSTEN B. ENNIS, Esquire<br>92 EAST MAIN STREET<br>SUITE 407<br>SOMERVILLE, NJ 08876 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| ALBERT RUSSO, Trustee<br>CN 4853, SUITE 101<br>TRENTON, NJ 08650 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

2