| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2017 to 02/17/2018
Chapter 13 Case No. 17-12374 / CMG

Dennis Hall  
102 Mali Drive  
North Plainfield  NJ    07062

Petition Filed Date: 02/07/2017  
341 Hearing Date: 03/16/2017  
Confirmation Date: 09/06/2017

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/01/2017 | $875.00 | 37510780 | 04/06/2017 | $875.00 | 38619790 | 05/12/2017 | $875.00 | 39590810 |
| 06/19/2017 | $875.00 | 40515790 | 07/18/2017 | $875.00 | 41320750 | 08/24/2017 | $875.00 | 42283740 |
| 10/03/2017 | $875.00 | 43221190 | 11/02/2017 | $1,100.00 | 44110430 | 12/07/2017 | $1,100.00 | 45032200 |
| 01/08/2018 | $1,100.00 | 45778930 | | | | | | |

**Total Receipts for the Period: $9,425.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $9,425.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Dennis Hall | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | KIRSTEN B ENNIS, ESQ<br>»» ATTY DISCL | Attorney Fees | $2,414.00 | $2,414.00 | $0.00 |
| 1 | DEPT OF EDUCATION - NELNET | Unsecured Creditors | $34,515.20 | $0.00 | $34,515.20 |
| 2 | DISCOVER BANK | Unsecured Creditors | $1,787.04 | $0.00 | $1,787.04 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2013;2016 TAX PERIODS | Priority Crediors | $4,103.44 | $0.00 | $4,103.44 |
| 4 | INTERNAL REVENUE SERVICE<br>»» PENALTY | Unsecured Creditors | $816.68 | $0.00 | $816.68 |
| 5 | WELLS FARGO BANK, NA<br>»» P/102 MALI DR/1ST MTG/ORD 5/4/17 | Mortgage Arrears | $27,786.71 | $3,673.40 | $24,113.31 |
| 6 | AM EXPRESS CENTURION BANK | Unsecured Creditors | $68.44 | $0.00 | $68.44 |
| 7 | CACH LLC<br>»» FNBO | Unsecured Creditors | $3,432.93 | $0.00 | $3,432.93 |
| 8 | MERRICK BANK | Unsecured Creditors | $941.39 | $0.00 | $941.39 |
| 9 | MIDLAND CREDIT  AS AGENT FOR<br>»» WALMART | Unsecured Creditors | $3,680.64 | $0.00 | $3,680.64 |
| 10 | MIDLAND CREDIT  AS AGENT FOR<br>»» CITICARD | Unsecured Creditors | $1,179.78 | $0.00 | $1,179.78 |
| 11 | MIDLAND CREDIT  AS AGENT FOR<br>»» SUNOCO | Unsecured Creditors | $1,290.70 | $0.00 | $1,290.70 |
| 12 | MIDLAND CREDIT  AS AGENT FOR<br>»» AMAZON | Unsecured Creditors | $1,036.30 | $0.00 | $1,036.30 |
| 13 | BANK OF AMERICA | Unsecured Creditors | $2,263.12 | $0.00 | $2,263.12 |
| 14 | BANK OF AMERICA | Unsecured Creditors | $1,936.74 | $0.00 | $1,936.74 |
| 15 | TD BANK USA NA | Unsecured Creditors | $1,108.91 | $0.00 | $1,108.91 |
| 16 | CAPITAL ONE, NA<br>»» KOHLS | Unsecured Creditors | $2,426.04 | $0.00 | $2,426.04 |

| # | Creditor | Type | Claim | Paid | Balance |
|---|---|---|---:|---:|---:|
| 17 | JPMORGAN CHASE BANK N.A.<br>»» 2012 NISSAN PATHFINDER/CRAM/ORD 12/27 | Debt Secured by Vehicle | $11,518.39 | $0.00 | $11,518.39 |
| 18 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC | Unsecured Creditors | $1,591.26 | $0.00 | $1,591.26 |
| 19 | CAVALRY SPV I, LLC<br>»» LOWES | Unsecured Creditors | $3,616.60 | $0.00 | $3,616.60 |
| 20 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $774.66 | $0.00 | $774.66 |
| 21 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $1,898.62 | $0.00 | $1,898.62 |
| 22 | OVERLOOK HOSPITAL | Unsecured Creditors | $991.95 | $0.00 | $991.95 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK | Unsecured Creditors | $4,419.07 | $0.00 | $4,419.07 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SHELL | Unsecured Creditors | $1,500.49 | $0.00 | $1,500.49 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES<br>»» EXXONMOBIL | Unsecured Creditors | $1,435.71 | $0.00 | $1,435.71 |
| 26 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BEST BUY | Unsecured Creditors | $1,087.51 | $0.00 | $1,087.51 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE | Unsecured Creditors | $946.60 | $0.00 | $946.60 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES<br>»» OLD NAVY | Unsecured Creditors | $1,210.59 | $0.00 | $1,210.59 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES<br>»» THD | Unsecured Creditors | $3,432.99 | $0.00 | $3,432.99 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES<br>»» MENS WEARHOUSE | Unsecured Creditors | $478.09 | $0.00 | $478.09 |
| 31 | PORTFOLIO RECOVERY ASSOCIATES<br>»» TOYS R US | Unsecured Creditors | $2,304.26 | $0.00 | $2,304.26 |
| 32 | US DEPARTMENT OF EDUCATION | Unsecured Creditors | $183,183.21 | $0.00 | $183,183.21 |
| 0 | KIRSTEN B ENNIS, ESQ<br>»» ORDER 1/16/18 | Attorney Fees | $200.00 | $200.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/17/2018:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $9,425.00 | Plan Balance: | $54,347.00 ** |
| Paid to Claims: | $6,287.40 | Current Monthly Payment: | $1,100.00 |
| Paid to Trustee: | $586.38 | Arrearages: | $1,325.00 |
| Funds on Hand: | $2,551.22 | Total Plan Base: | $63,772.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**

**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**