| UNITED STATES BANKRUPTCY COURT |
|---|
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| |
| 789011 |
| Phelan Hallinan Diamond & Jones, PC |
| 400 Fellowship Road, Suite 100 |
| Mt. Laurel, NJ 08054 |
| 856-813-5500 |
| Attorneys for WELLS FARGO BANK, NA |

In Re:

Dennis Hall

Case No: 17-12374 - CMG

Hearing Date: April 18, 2018

Judge: Christine M. Gravelle

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Brandon Johnson:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents WELLS FARGO BANK, NA in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On April 16, 2018 I sent a copy of the following pleadings and/or documents to the parties listed below:

    Order Resolving Motion to Vacate Stay

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  April 16, 2018                          /s/ *Brandon Johnson*
                                                                       Brandon Johnson

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Dennis Hall<br>102 Mali Drive, North Plainfield, NJ 07060 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Kirsten B. Ennis, Esquire<br>92 East Main Street<br>Suite 407<br>Somerville, NJ 08876 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Albert Russo, Trustee<br>Cn 4853<br>Suite 101<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.