Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 17−12374−CMG
        Chapter: 13
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dennis Hall
   102 Mali Drive
   North Plainfield, NJ 07062

Social Security No.:
   xxx−xx−6451

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on September 20, 2017.

   On 8/25/2018 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:                 August 1, 2018
Time:                10:00 AM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: June 25, 2018
JAN: vpm

                                                                               Jeanne Naughton
                                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-12374-CMG
Dennis Hall                                                             Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: Jun 25, 2018
                              Form ID: 185             Total Noticed: 66
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2018.

```
db          +Dennis Hall,   102 Mali Drive,    North Plainfield, NJ 07062-2330
aty         +James Patrick Shay,    Phelan Hallinan Diamond Jones, LLP,    1617 JFK Blvd.,    One Penn Center,
              Suite #1400,    Philadelphia, PA 19103-1814
cr          +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr          +WELLS FARGO BANK, NA,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
              Mt. Laurel, NJ 08054-3437
516690734    American Express Centurion Bank,     c/o Becket and Lee LLP,    PO Box 3001,
              Malvern PA 19355-0701
516632773   +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
516632774  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:   Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
516787227   +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516820140    Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516632780   +Chase Auto,    Po Box 901003,    Ft Worth, TX 76101-2003
516632781   +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516632782   +Citi,   Pob 6241,    Sioux Falls, SD 57117-6241
516632787   +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
516821828    JPMorgan Chase Bank, N.A.,     National Bankruptcy Department,    P.O. BOX 901032,
              Ft. Worth, TX 76101-2032
516632791   +Lyons, Doughty and Veldhuis, PC,     136 Gaither Dr., Suite 100,    PO Box 1269,
              Mount Laurel, NJ 08054-7269
516632795   +Overlook Hospital,    99 Beauvoir Avenue,    Summit, NJ 07901-3595
516880133    Overlook Hospital,    Att: CCCB,    POB 1750,    Whitehouse Station, NJ  08889-1750
516881179   +POB 41067,    Norfolk VA 23541-1067
516632796   +Phelan Hallinan Diamond & Jones,     400 Fellowship Road,    Suite 100,
              Mount Laurel, NJ 08054-3437
516632799    Pressler & Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
516632800   +Reliant Cap,    750 Cross Pointe Rd,    Gahanna, OH 43230-6691
516632802   +Sears Credit Cards,    c/o Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516632803   +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
516632804   +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
516632805    U S Dept Of Ed/Gsl/Atl,    Po Box 4222,    Iowa City, IA 52244
516950101    US Department of Education,     P O Box 16448,    Saint Paul MN 55116-0448
516632807  ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court:   Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
              Frederick, MD 21701)
516679799    WELLS FARGO BANK, N.A.,     Wells Fargo Bank, N.A.,    Default Document Processing,
              MAC N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jun 25 2018 23:36:51      U.S. Attorney,   970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 25 2018 23:36:49      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516632772   +E-mail/Text: banko@acsnv.com Jun 25 2018 23:37:09      Allied Coll,    3080 S Durango Dr,
              Las Vegas, NV 89117-9194
516830136   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2018 23:38:00
              Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk VA 23541-1021
516632777    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 25 2018 23:38:22
              Capital One Bank Usa N,    15000 Capital Way Dr,    Richmond, VA 23238
516632775    E-mail/PDF: resurgentbknotifications@resurgent.com Jun 25 2018 23:38:06      Cach Llc,
              PO Box 10587,    Greenville, SC 29603-0587
516632778   +E-mail/Text: bankruptcy@cavps.com Jun 25 2018 23:37:06      Cavalry Portfolio Serv,
              Po Box 27288,    Tempe, AZ 85285-7288
516862857   +E-mail/Text: bankruptcy@cavps.com Jun 25 2018 23:37:06      Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516632779   +E-mail/Text: bankruptcy@certifiedcollection.com Jun 25 2018 23:36:40
              Certified Credit and Collection,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
516632784   +E-mail/Text: electronicbkydocs@nelnet.net Jun 25 2018 23:36:54      Dept Of Education/neln,
              3015 Parker Rd,    Aurora, CO 80014-2904
516642609    E-mail/Text: mrdiscen@discover.com Jun 25 2018 23:35:59      Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
516632786   +E-mail/Text: mrdiscen@discover.com Jun 25 2018 23:35:59      Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
516632785    E-mail/Text: cio.bncmail@irs.gov Jun 25 2018 23:36:15      Dept of Treasury,
              Internal Revenue Service,    Cincinnati, OH 45999
516822437    E-mail/Text: bk.notifications@jpmchase.com Jun 25 2018 23:36:40      JPMorgan Chase Bank, N.A,
              P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
516632790   +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 25 2018 23:36:04      Kohls/capone,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
```

```
District/off: 0312-3          User: admin              Page 2 of 3                    Date Rcvd: Jun 25, 2018
                              Form ID: 185             Total Noticed: 66


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516874614       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 25 2018 23:38:07
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516719444       E-mail/Text: bkr@cardworks.com Jun 25 2018 23:35:51      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
516782825      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 25 2018 23:36:48      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
516632792      +E-mail/Text: bkr@cardworks.com Jun 25 2018 23:35:51      Merrick Bank,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
516632793      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 25 2018 23:36:48      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516632794       E-mail/Text: Bankruptcies@nragroup.com Jun 25 2018 23:37:44      National Recovery Agency,
                 PO BOX 67015,    Harrisburg, PA 17106-7015
516881181       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2018 23:38:40
                 Portfolio Recovery Associates, LLC,    C/O Citibank, N.a.,    POB 41067,    Norfolk VA 23541
516881237       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2018 23:38:40
                 Portfolio Recovery Associates, LLC,    C/O capital One Bank (usa), N.a.,    POB 41067,
                 Norfolk VA 23541
516632798       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2018 23:49:41
                 Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk, VA 23541
516881208       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2018 23:38:20
                 Portfolio Recovery Associates, LLC,    c/o Best Buy,    POB 41067,    Norfolk VA 23541
516881206       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2018 23:38:02
                 Portfolio Recovery Associates, LLC,    c/o Exxonmobil,    POB 41067,    Norfolk VA 23541
516881339       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2018 23:49:27
                 Portfolio Recovery Associates, LLC,    c/o Men's Wearhouse,    POB 41067,    Norfolk VA 23541
516881311       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2018 23:38:41
                 Portfolio Recovery Associates, LLC,    c/o Old Navy,    POB 41067,    Norfolk VA 23541
516881204       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2018 23:49:41
                 Portfolio Recovery Associates, LLC,    c/o Shell,    POB 41067,    Norfolk VA 23541
516881331       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2018 23:38:40
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
516881705       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2018 23:38:41
                 Portfolio Recovery Associates, LLC,    c/o Toys R Us Credit Card,    POB 41067,
                 Norfolk VA 23541
516632797      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2018 23:49:27
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
516632801      +E-mail/Text: Supportservices@receivablesperformance.com Jun 25 2018 23:37:27      RPM,
                 20816 44th Avenue West,    Lynnwood, WA 98036-7799
516677718      +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2018 23:38:05      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516809823      +E-mail/Text: bncmail@w-legal.com Jun 25 2018 23:37:01      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516637463      +E-mail/Text: electronicbkydocs@nelnet.net Jun 25 2018 23:36:54
                 U.S. Department of Education C/O Nelnet,    121 S 13TH ST, SUITE 201,    LINCOLN, NE 68508-1911
516872310      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 25 2018 23:38:24      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516632806      +E-mail/Text: bkr@virtuososourcing.com Jun 25 2018 23:37:46      Virtuoso Sourcing Grou,
                 4500 E Cherry Creek Sout,    Denver, CO 80246-1500
                                                                                               TOTAL: 38

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516632776       Cap1/bstby
516881178       Portfolio Recovery Associates, LLC,   C/O Citibank, N.a.
516694707*      CACH, LLC,   PO Box 10587,   Greenville, SC 29603-0587
516632783*     +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
516632789*     +Internal Revenue Service,   3101 Constitution Dr,   Springfield, IL 62704-6729
516632788*     +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                               TOTALS: 2, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Jun 25, 2018
                              Form ID: 185             Total Noticed: 66
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kirsten B. Ennis    on behalf of Debtor Dennis    Hall pacerecf@ennislegal.com,
               r53278@notify.bestcase.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 6
```