| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2018 to 12/31/2018

**Chapter 13 Case No. 17-12374 / CMG**

Dennis Hall

Petition Filed Date: 02/07/2017
341 Hearing Date: 03/16/2017
Confirmation Date: 09/06/2017

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2018 | $1,100.00 | 45778930 | 02/23/2018 | $1,100.00 | 46926250 | 04/03/2018 | $800.00 | 48057530 |
| 05/03/2018 | $800.00 | 48866940 | 07/16/2018 | $800.00 | 50757200 | 09/04/2018 | $800.00 | 52040720 |
| 12/10/2018 | $1,915.00 | 54587710 | | | | | | |

**Total Receipts for the Period:  $7,315.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $15,640.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Dennis Hall | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | KIRSTEN B ENNIS, ESQ<br>»»  ATTY DISCL | Attorney Fees | $2,414.00 | $2,414.00 | $0.00 |
| 1 | DEPT OF EDUCATION - NELNET | Unsecured Creditors | $34,515.20 | $0.00 | $34,515.20 |
| 2 | DISCOVER BANK | Unsecured Creditors | $1,787.04 | $0.00 | $1,787.04 |
| 3 | INTERNAL REVENUE SERVICE<br>»»  2013;2016 TAX PERIODS | Priority Crediors | $4,103.44 | $0.00 | $4,103.44 |
| 4 | INTERNAL REVENUE SERVICE<br>»»  PENALTY | Unsecured Creditors | $816.68 | $0.00 | $816.68 |
| 5 | WELLS FARGO BANK, NA<br>»»  P/102 MALI DR/1ST MTG/ORD 5/4/17 | Mortgage Arrears | $27,786.71 | $6,904.74 | $20,881.97 |
| 6 | American Express Centurion Bank | Unsecured Creditors | $68.44 | $0.00 | $68.44 |
| 7 | CACH LLC<br>»»  FNBO | Unsecured Creditors | $3,432.93 | $0.00 | $3,432.93 |
| 8 | MERRICK BANK | Unsecured Creditors | $941.39 | $0.00 | $941.39 |
| 9 | MIDLAND CREDIT  AS AGENT FOR<br>»»  WALMART | Unsecured Creditors | $3,680.64 | $0.00 | $3,680.64 |
| 10 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CITICARD | Unsecured Creditors | $1,179.78 | $0.00 | $1,179.78 |
| 11 | MIDLAND CREDIT  AS AGENT FOR<br>»»  SUNOCO | Unsecured Creditors | $1,290.70 | $0.00 | $1,290.70 |
| 12 | MIDLAND CREDIT  AS AGENT FOR<br>»»  AMAZON | Unsecured Creditors | $1,036.30 | $0.00 | $1,036.30 |
| 13 | BANK OF AMERICA | Unsecured Creditors | $2,263.12 | $0.00 | $2,263.12 |
| 14 | BANK OF AMERICA | Unsecured Creditors | $1,936.74 | $0.00 | $1,936.74 |
| 15 | TD BANK USA NA | Unsecured Creditors | $1,108.91 | $0.00 | $1,108.91 |

| | | | | | |
|---|---|---|---|---|---|
| 16 | CAPITAL ONE, NA<br>»» KOHLS | Unsecured Creditors | $2,426.04 | $0.00 | $2,426.04 |
| 17 | JPMORGAN CHASE BANK N.A.<br>»» 2012 NISSAN PATHFINDER/AMD ORD 3/23/18 | Debt Secured by Vehicle | $11,314.63 | $2,840.38 | $8,474.25 |
| 18 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC | Unsecured Creditors | $1,591.26 | $0.00 | $1,591.26 |
| 19 | CAVALRY SPV I, LLC<br>»» LOWES | Unsecured Creditors | $3,616.60 | $0.00 | $3,616.60 |
| 20 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $774.66 | $0.00 | $774.66 |
| 21 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $1,898.62 | $0.00 | $1,898.62 |
| 22 | OVERLOOK HOSPITAL | Unsecured Creditors | $991.95 | $0.00 | $991.95 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK | Unsecured Creditors | $4,419.07 | $0.00 | $4,419.07 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SHELL | Unsecured Creditors | $1,500.49 | $0.00 | $1,500.49 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES<br>»» EXXONMOBIL | Unsecured Creditors | $1,435.71 | $0.00 | $1,435.71 |
| 26 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BEST BUY | Unsecured Creditors | $1,087.51 | $0.00 | $1,087.51 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE | Unsecured Creditors | $946.60 | $0.00 | $946.60 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES<br>»» OLD NAVY | Unsecured Creditors | $1,210.59 | $0.00 | $1,210.59 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES<br>»» THD | Unsecured Creditors | $3,432.99 | $0.00 | $3,432.99 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES<br>»» MENS WEARHOUSE | Unsecured Creditors | $478.09 | $0.00 | $478.09 |
| 31 | PORTFOLIO RECOVERY ASSOCIATES<br>»» TOYS R US | Unsecured Creditors | $2,304.26 | $0.00 | $2,304.26 |
| 32 | US DEPARTMENT OF EDUCATION | Unsecured Creditors | $183,183.21 | $0.00 | $183,183.21 |
| 0 | KIRSTEN B ENNIS, ESQ<br>»» ORDER 1/16/18 | Attorney Fees | $200.00 | $200.00 | $0.00 |
| 0 | KIRSTEN B ENNIS, ESQ<br>»» ORDER 8/6/18 | Attorney Fees | $500.00 | $500.00 | $0.00 |
| 0 | KIRSTEN B ENNIS, ESQ<br>»» ORDER 12/12/18 | Attorney Fees | $700.00 | $0.00 | $700.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,640.00 | Plan Balance: | $36,073.00 ** |
| Paid to Claims: | $12,859.12 | Current Monthly Payment: | $905.00 |
| Paid to Trustee: | $999.93 | Arrearages: | $1,810.00 |
| Funds on Hand: | $1,780.95 | Total Plan Base: | $51,713.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**