Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 17−12374−CMG
        Chapter: 13
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dennis Hall
   102 Mali Drive
   North Plainfield, NJ 07062

Social Security No.:
   xxx−xx−6451

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/1/19 at 09:00 AM

to consider and act upon the following:

*69* − Creditor's Certification of Default (related document:43 Order on Motion For Relief From Stay) filed by Nicholas V. Rogers on behalf of WELLS FARGO BANK, NA. Objection deadline is 04/17/2019. (Attachments: # 1 Proposed Order # 2 Attorney Certification # 3 Certificate of Service # 4 Exhibit A) (Rogers, Nicholas)

Dated: 4/17/19

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court