**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. 9004-2(c)
**KIRSTEN B. ENNIS, LLC**
50 Division Street, Suite 102
Somerville, NJ 08876
(908) 713-0345
mail@ennislegal.com

**Kirsten B. Ennis, Esq. (KE7927)**
Attorney for Dennis Hall, Debtor(s)

In re:

    Dennis Hall, Debtor(s)

Case No.: 17-12374

Chapter 13

Judge: Hon. Christine M. Gravelle

Hearing Date: 9/18/2019 at 9:00 a.m.

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO
☐ **CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**
☒ **TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1.   ☐  Motion for Relief from the Automatic Stay filed

   by_____ _____, creditor,

   A hearing has been scheduled for _____, at _____ __m.

   OR

   ☒  Motion to Dismiss filed by the Standing Chapter 13 Trustee.

   A hearing has been scheduled for _September 18, 2019_____, at 9:00 am.

   ☐  Certification of Default filed by _____, creditor,

   I am requesting a hearing be scheduled on this matter.

2.   I am objecting to the above for the following reasons **(choose one)**:

☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached hereto.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)** <u>Debtor is making a lump sum payment by 9/13/2019 in the amount of $2,000; our office is to submit proof of same to the trustee. At that point, the Trustee's office will adjourn the hearing until 11/6/2019. Debtor will be caught up by that date.</u>

☐ Other **(explain your answer)**:_____
_____
_____

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: __9/3/2019__                                        /s/ Dennis Hall
                                                          Debtor's Signature

**NOTE:**
1. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss.*

2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within fourteen (14) days of the filing of a *Creditor's Certification of Default.*