Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−12374−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dennis Hall
   102 Mali Drive
   North Plainfield, NJ 07062

Social Security No.:
   xxx−xx−6451

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/20/22 at 09:00 AM

to consider and act upon the following:

*84* − Creditor's Certification of Default (related document:43 Order on Motion For Relief From Stay) filed by Matthew K. Fissel on behalf of WELLS FARGO BANK, N.A.. Objection deadline is 04/8/2022. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Fissel, Matthew)

Dated: 3/31/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court