**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. 9004-1(b)
**KIRSTEN B. ENNIS, LLC**
50 Division Street, Suite 102
Somerville, NJ 08876
(908) 713-0345
mail@ennislegal.com

**Kirsten B. Ennis, Esq. (KE7927)**
Attorney for Dennis Hall, Debtor(s)

In re:

      Dennis Hall, Debtor

Case No.: 17-12374

Chapter 13

Judge: Hon. Christine M. Gravelle

**WITHDRAWAL OF OPPOSITION TO CREDITORS CERTIFICATION OF DEFAULT**

    **PLEASE TAKE NOTICE** that the above-named debtor, hereby withdraw

**OPPOSITION TO CREDITORS CERTIFICATION OF DEFAULT** (Doc 86).

               KIRSTEN B. ENNIS, LLC

Dated: April 6, 2022         /s/ Kirsten B. Ennis
                      Kirsten B. Ennis Attorney for Debtor