**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Dennis Hall**<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–6451<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–12374–CMG | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Dennis Hall

6/2/22    **By the court:** Christine M. Gravelle
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-12374-CMG |
| Dennis Hall | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 02, 2022 | Form ID: 3180W | Total Noticed: 66 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dennis Hall, 102 Mali Drive, North Plainfield, NJ 07062-2330 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | WELLS FARGO BANK, NA, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 516632791 | + | Lyons, Doughty and Veldhuis, PC, 136 Gaither Dr., Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 516880133 | | Overlook Hospital, Att: CCCB, POB 1750, Whitehouse Station, NJ 08889-1750 |
| 516632795 | + | Overlook Hospital, 99 Beauvoir Avenue, Summit, NJ 07901-3595 |
| 516881179 | + | POB 41067, Norfolk VA 23541-1067 |
| 516632796 | + | Phelan Hallinan Diamond & Jones, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 516632800 | + | Reliant Cap, 750 Cross Pointe Rd, Gahanna, OH 43230-6691 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 02 2022 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 02 2022 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516632772 | + | Email/Text: banko@acsnv.com | Jun 02 2022 20:48:00 | Allied Coll, 3080 S Durango Dr, Las Vegas, NV 89117-9194 |
| 516690734 | | Email/PDF: bncnotices@becket-lee.com | Jun 02 2022 20:53:28 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516632773 | + | Email/PDF: bncnotices@becket-lee.com | Jun 02 2022 20:53:13 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 516787227 | + | EDI: BANKAMER2.COM | Jun 03 2022 00:43:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 516632774 | + | EDI: BANKAMER.COM | Jun 03 2022 00:43:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 516830136 | + | EDI: RECOVERYCORP.COM | Jun 03 2022 00:43:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 516632777 | | EDI: CAPITALONE.COM | Jun 03 2022 00:43:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 516632775 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2022 20:53:14 | Cach Llc, PO Box 10587, Greenville, SC 29603-0587 |
| 516820140 | | Email/PDF: bncnotices@becket-lee.com | Jun 02 2022 20:53:33 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 17-12374-CMG    Doc 95    Filed 06/04/22    Entered 06/05/22 00:13:47    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 02, 2022 | Form ID: 3180W | Total Noticed: 66 |

| | | | | |
|---|---|---|---|---|
| 516632778 | + | Email/Text: bankruptcy@cavps.com | Jun 02 2022 20:48:00 | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 516862857 | + | Email/Text: bankruptcy@cavps.com | Jun 02 2022 20:48:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516632779 | + | Email/Text: bankruptcy@certifiedcollection.com | Jun 02 2022 20:47:00 | Certified Credit and Collection, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 516632782 | + | EDI: CITICORP.COM | Jun 03 2022 00:43:00 | Citi, Pob 6241, Sioux Falls, SD 57117-6241 |
| 516632787 | + | EDI: CITICORP.COM | Jun 03 2022 00:43:00 | Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 516632784 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 02 2022 20:47:00 | Dept Of Education/neln, 3015 Parker Rd, Aurora, CO 80014-2904 |
| 516642609 | | EDI: DISCOVER.COM | Jun 03 2022 00:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516632786 | + | EDI: DISCOVER.COM | Jun 03 2022 00:43:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 516632785 | | EDI: IRS.COM | Jun 03 2022 00:43:00 | Dept of Treasury, Internal Revenue Service, Cincinnati, OH 45999 |
| 516632780 | | EDI: JPMORGANCHASE | Jun 03 2022 00:43:00 | Chase Auto, Po Box 901003, Ft Worth, TX 76101 |
| 516632781 | | EDI: JPMORGANCHASE | Jun 03 2022 00:43:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 516822437 | | EDI: JPMORGANCHASE | Jun 03 2022 00:43:00 | JPMorgan Chase Bank, N.A, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 516821828 | | EDI: JPMORGANCHASE | Jun 03 2022 00:43:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. BOX 901032, Ft. Worth, TX 76101-2032 |
| 516632790 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 02 2022 20:47:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 516874614 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2022 20:53:33 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516632791 | ^ | MEBN | Jun 02 2022 20:46:48 | Lyons, Doughty and Veldhuis, PC, 136 Gaither Dr., Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 516719444 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 02 2022 20:53:27 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 516782825 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 02 2022 20:47:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516632792 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 02 2022 20:53:20 | Merrick Bank, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 516632793 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 02 2022 20:47:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 516632794 | | Email/Text: Bankruptcies@nragroup.com | Jun 02 2022 20:48:00 | National Recovery Agency, PO BOX 67015, Harrisburg, PA 17106-7015 |
| 516881181 | | EDI: PRA.COM | Jun 03 2022 00:43:00 | Portfolio Recovery Associates, LLC, C/O Citibank, N.a., POB 41067, Norfolk VA 23541 |
| 516881237 | | EDI: PRA.COM | Jun 03 2022 00:43:00 | Portfolio Recovery Associates, LLC, C/O capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 516632798 | | EDI: PRA.COM | Jun 03 2022 00:43:00 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 516881208 | | EDI: PRA.COM | | |

Case 17-12374-CMG    Doc 95    Filed 06/04/22    Entered 06/05/22 00:13:47    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 02, 2022 | Form ID: 3180W | Total Noticed: 66 |

| | | | |
|---|---|---|---|
| | | Jun 03 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 516881206 | EDI: PRA.COM | | |
| | | Jun 03 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Exxonmobil, POB 41067, Norfolk VA 23541 |
| 516881339 | EDI: PRA.COM | | |
| | | Jun 03 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Men's Wearhouse, POB 41067, Norfolk VA 23541 |
| 516881311 | EDI: PRA.COM | | |
| | | Jun 03 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 516881204 | EDI: PRA.COM | | |
| | | Jun 03 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Shell, POB 41067, Norfolk VA 23541 |
| 516881331 | EDI: PRA.COM | | |
| | | Jun 03 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 516881705 | EDI: PRA.COM | | |
| | | Jun 03 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Toys R Us Credit Card, POB 41067, Norfolk VA 23541 |
| 516632799 | Email/Text: signed.order@pfwattorneys.com | | |
| | | Jun 02 2022 20:47:00 | Pressler & Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 516632797 | + EDI: PRA.COM | | |
| | | Jun 03 2022 00:43:00 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 516632801 | + Email/Text: Supportservices@receivablesperformance.com | | |
| | | Jun 02 2022 20:48:00 | RPM, 20816 44th Avenue West, Lynnwood, WA 98036-7799 |
| 516632802 | + Email/Text: signed.order@pfwattorneys.com | | |
| | | Jun 02 2022 20:47:00 | Sears Credit Cards, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 516677718 | + EDI: RMSC.COM | | |
| | | Jun 03 2022 00:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516809823 | + Email/Text: bncmail@w-legal.com | | |
| | | Jun 02 2022 20:47:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516632803 | + EDI: WTRRNBANK.COM | | |
| | | Jun 03 2022 00:43:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 516632804 | + EDI: PRATHEBUR | | |
| | | Jun 03 2022 00:43:00 | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 516632805 | Email/Text: edbknotices@ecmc.org | | |
| | | Jun 02 2022 20:47:00 | U S Dept Of Ed/Gsl/Atl, Po Box 4222, Iowa City, IA 52244 |
| 516637463 | + Email/Text: electronicbkydocs@nelnet.net | | |
| | | Jun 02 2022 20:47:00 | U.S. Department of Education C/O Nelnet, 121 S 13TH ST, SUITE 201, LINCOLN, NE 68508-1911 |
| 516950101 | Email/Text: EDBKNotices@ecmc.org | | |
| | | Jun 02 2022 20:47:00 | US Department of Education, P O Box 16448, Saint Paul MN 55116-0448 |
| 516872310 | + EDI: AIS.COM | | |
| | | Jun 03 2022 00:43:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516632806 | + Email/Text: bkr@virtuososourcing.com | | |
| | | Jun 02 2022 20:48:00 | Virtuoso Sourcing Grou, 4500 E Cherry Creek Sout, Denver, CO 80246-1518 |
| 516632807 | EDI: WFFC.COM | | |
| | | Jun 03 2022 00:43:00 | Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 516679799 | + EDI: WFFC.COM | | |
| | | Jun 03 2022 00:43:00 | WELLS FARGO BANK, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 57

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516632776 | | Cap1/bstby |
| 516881178 | | Portfolio Recovery Associates, LLC, C/O Citibank, N.a. |
| 516694707 | * | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 516632783 | *+ | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 516632788 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516632789 | *+ | Internal Revenue Service, 3101 Constitution Dr, Springfield, IL 62704-6729 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James Patrick Shay | on behalf of Creditor WELLS FARGO BANK NA shay@bbs-law.com, jpshay@gmail.com |
| Kirsten B. Ennis | on behalf of Debtor Dennis Hall pacerecf@ennislegal.com r53278@notify.bestcase.com,kennis@jubileebk.net |
| Matthew K. Fissel | on behalf of Creditor WELLS FARGO BANK N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| Nicholas V. Rogers | on behalf of Creditor WELLS FARGO BANK NA nj.bkecf@fedphe.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8